UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REX L POPE,

                Petitioner,

   v.

STATE OF WASHINGTON,

                Respondent.

No. C14-5497 BHS/KLS

ORDER DIRECTING SUBSTITUTION OF PARTY

      Mr. Pope has filed a petition for writ of habeas corpus naming the State of Washington as Respondent. Dkt No. 1. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Pope is currently confined at the Coyote Ridge Correction Center in Connell, Washington. The Superintendent of the facility is Jeffrey A Uttchet.

      Accordingly, the Clerk of Court is directed to substitute Jeffrey A Uttecht as the Respondent in this action. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

      **DATED** this 28th day of July, 2014.

                                         Karen L. Strombom
                                         United States Magistrate Judge

ORDER - 1